**EXHIBIT "A"**

**GLOBAL COMMERCIAL BANKING**

August 20, 2015

Brandon Ellis
211 North Robinson Ave., 2nd Floor
Oklahoma City, OK 73102

To Whom it May Concern:

I am pleased to furnish a letter of reference regarding the relationship between Wright Brothers Aircraft Title, Inc. and Bank of America.

Wright Brothers Aviation Title, Inc. has maintained a strong banking relationship with Bank of America and its predecessors for the past 14 years. All of their accounts are in excellent standing. Wright Brothers Aviation Title has authorized me to tell you that over $380MM dollars in aviation transactions have passed through their accounts in the past 6 months, annualizing at over $760MM. We have never received a complaint having to do with the services they provide to their clients.

If you have any additional questions regarding our relationship with this well respected aviation title company, you may reach out to me directly at brandon_ellis@baml.com or 405-270-1732.

Sincerely,

*Brandon Ellis*

Brandon G. Ellis
Vice President
Business Banking Client Manager