# EXHIBIT "B"



July 5th, 2016
Debbie Mercer-Erwin, President
Wright Brothers Aircraft Title, Inc.
13704 Portofino Strada
Oklahoma City, OK 73170

Dear Debbie,

Per your request, Wright Brothers Aircraft Title, Inc. has been a customer of Bank of America Merrill Lynch since October 18th, 2001 and has maintained an aggregate average collected deposit balance of $11,818,006.50 over the past twelve months. If you have any additional questions, please feel free to reach out to me at 405.230.1720 or mark.fish@baml.com.

Regards,

Mark Fish
Senior Vice President
Business Banking Relationship Manager

"Bank of America Merrill Lynch" is the marketing name for the global banking and global markets businesses of Bank of America Corporation. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., member FDIC. Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Professional Clearing Corp., both of which are registered broker-dealers and members of FINRA and SIPC, and, in other jurisdictions, by locally registered entities. Investment products offered by Investment Banking Affiliates: Are Not FDIC Insured * May Lose Value * Are Not Bank Guaranteed.