**EXHIBIT "E"**



February 26, 2018

Debbie Mercer
13704 Portofino Strada
Oklahoma City, Ok 73170

Debbie Mercer:

I am pleased to furnish a letter of reference regarding the relationship between Wright Brothers Aircraft Title, Inc and Bank of America.

Wright Brothers Aviation Title, Inc has maintained a strong banking relationship with Bank of America and its predecessors for the past 17 years. All of their accounts are in excellent standing. Wright Brother Aviation Title has authorized me to tell you that their average volume over the last 6 months has been $183MM. We have never received a complaint having to do with the services they provide to their clients.

If you have any additional questions regarding our relationship with this well respected aviation title company, you may reach out to me directly at liz.haralson@baml.com or (405) 230.1732

Sincerely,

*Elizabeth Haralson*

Elizabeth Haralson

Relationship Manger

Bank of America, Business Banking

Member FDIC
♻ Recycled Paper