**EXHIBIT "F"**



Global Banking & Markets
Bank of America, N.A.

January 24, 2019

Elizabeth Haralson
211 N Robinson Ave., 2nd Floor
Oklahoma City, Ok 73102

To Whom it May Concern:

I am pleased to furnish a letter of reference regarding the relationship between Wright Brothers Aircraft Title, Inc. and Bank of America.

Wright Brothers Aviation Title, Inc. has maintained a strong banking relationship with Bank of America and its predecessors for the past 18 years. All of their accounts are in excellent standing. Wright Brothers Aviation Title has authorized me to tell you that over $257 MM dollars in aviation transactions have passed through their account in the past 6 months, annualizing at over $515 MM. We have never received a complaint having to do with the services they provide to their clients.

If you have any additional questions regarding our relationship with this well respected aviation title company, you may reach out to me directly liz.harlason@baml.com or 405.270.1732

Sincerely,

*Elizabeth Haralson*

Elizabeth Haralson
Vice President
Business Banking

211 N. Robinson Avenue
2nd Floor
Oklahoma City, OK 73102

♻ Recycled Paper