# EXHIBIT "H"



August 9, 2019

Debbie Mercer-Erwin
President
Wright Brothers Aircraft Title, Inc
98 SW 107th Street
Oklahoma City, Ok 73170

Dear Debbie,

Per your request, Wright Brothers Aircraft Title, Inc. has been a Bank of America customer since 10/2001 and has maintained an average collected balance of $33,938,782.00 over the past six months. If you have any additional questions, please feel free to reach out to me at 405.230.1808 or angela.parks@baml.com

Regards,

Elizabeth Haralson
Vice President, Business Banking Relationship Manager